UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS TORRES,<br><br>          Plaintiff,<br><br>     v.<br><br>SUPERIOR COURT OF CALIFORNIA COUNTY OF RIVERSIDE, et al.,<br><br>          Defendants. | 1:19-cv-01692-DAD-GSA-PC<br><br>**ORDER STRIKING FIRST AMENDED COMPLAINT FOR LACK OF SIGNATURE**<br>**(ECF No. 9.)**<br><br>**ORDER FOR PLAINTIFF TO FILE A SECOND AMENDED COMPLAINT BEARING HIS SIGNATURE WITHIN THIRTY DAYS**<br><br>**ORDER FOR CLERK TO SEND PLAINTIFF A § 1983 FORM COMPLAINT** |

   Jesus Torres ("Plaintiff") is a state prisoner proceeding *pro se* with this civil rights action pursuant to 42 U.S.C. § 1983.

   On February 25, 2021, Plaintiff filed the First Amended Complaint. (ECF No. 9.) The First Amended Complaint is not signed by Plaintiff. All filings submitted to the court must bear the signature of the filing party. Local Rule 131; Fed. R. Civ. P. 11(a).

   Accordingly, IT IS HEREBY ORDERED that:

   1.   Plaintiff's First Amended Complaint, filed on February 25, 2021, is STRICKEN from the record for lack of signature;

   2.   The Clerk's Office shall send Plaintiff a § 1983 form complaint;

3. Within thirty days from the date of service of this order, Plaintiff is required to file a Second Amended Complaint bearing Plaintiff's original signature; and

4. Plaintiff's failure to comply with this order may result in a recommendation that this case be dismissed.

IT IS SO ORDERED.

Dated: **February 26, 2021**                        **/s/ Gary S. Austin**
                                                                  UNITED STATES MAGISTRATE JUDGE